

**VIRGINIA & AMBINDER LLP**
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**John M. Harras**
Partner
jharras@vandallp.com

February 11, 2020

**VIA ELECTRONIC CASE FILING**

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
2/11/20

Re:   *Trs. of NYC Dist. Council of Carpenters Pension Fund, et al. v. Navesink Prestige Limited Liability Company, et al.*,
**Case No.: 17 CV 5716 (JGK)**

This firm represents Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendant to request that the parties' deadline to file an application to reopen this case be extended for two weeks, from February 12, 2020 to February 26, 2020.

On January 14, 2020, the Court filed an Order of Discontinuance based on the parties' representation that they reached a tentative settlement in this matter. (ECF Doc. No. 66). On February 4, 2020, the settlement terms were formally approved by Plaintiffs. On February 11, 2020, the parties agreed on language for a formal settlement agreement. To allow the parties time to execute the formal settlement agreement within the deadline to file an application to reopen this case, the parties are hereby requesting an extension of time to file an application to reopen until February 26, 2020.

All parties consent to this request. This request for an adjournment of deadline to file an application to reopen is the first such request.

Plaintiffs thank the Court for its time and attention to this matter.

Respectfully submitted,
/s/ *John M Harras*
John M. Harras

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-12-20